**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1575

JACK A. DAWSON,

    Plaintiff - Appellant,

    v.

DONALD C. WINTER, Secretary of the Navy; VICE ADMIRAL RODNEY P. REMPT, Superintendent United States Naval Academy,

    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:06-cv-02885-CCB)

Submitted: April 23, 2008          Decided: May 12, 2008

Before SHEDD and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald G. Dawson, Annapolis, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Larry D. Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack A. Dawson appeals the district court's order granting summary judgment to defendants on his complaint that sought to invalidate his obligation to reimburse the government. We have thoroughly reviewed the briefs and the materials submitted by the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dawson v. Winter</u>, No. 1:06-cv-02885-CCB (D. Md. May 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>